## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE JAHLIL WHITE,**<br>**Plaintiff,**<br><br>v.<br><br>**THE DEVEREUX FOUNDATION, doing**<br>**business as "DEVEREUX ADVANCED**<br>**BEHAVIORAL HEALTH,"**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-2060** |

## <u>O R D E R</u>

**AND NOW**, this 23rd day of March, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
**HODGE, KELLEY B., J.**