IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE JAHLIL WHITE | CIVIL ACTION |
| Plaintiff, | CASE NO.: 23-2060 |
| v. | |
| THE DEVEREUX FOUNDATION D/B/A DEVEREUX ADVANCED BEHAVIORAL HEALTH | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

| KARPF, KARPF & CERUTTI, P.C. | BROWN & CONNERY, LLP |
|---|---|
| */s/ Traci M. Greenberg* | */s/ Kayla L. Louis* |
| Traci M. Greenberg, Esq. | Kayla L. Louis, Esq. |
| 8 Interplex Drive | 360 Haddon Avenue |
| Suite 210 | Westmont, NJ 08108 |
| Feasterville-Trevose, PA 19053 | (856) 854-8900 |
| (215) 639-0801 | *Attorney for Defendant The Devereux Foundation* |
| *Attorney for Plaintiff* | |

Dated: June 3, 2024

**APPROVED** and **SO ORDERED** by the Court this __9th__ day of __July__, 2024.

/s/ Hon. Kelley B. Hodge
Kelley B. Hodge, U.S.D.J.
United States District Judge